NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KATRINA D. CONWAY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2013-3084

_____

Petition for review of the Merit Systems Protection Board in No. NY0752070253-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of this court's May 9, 2013 order,

IT IS ORDERED THAT:

The Merit Systems Protection Board's brief is due April 29, 2013.

KATRINA CONWAY v. MSPB                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21